UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ALBERT BAUMANN                                             CIVIL ACTION

VERSUS                                                     NO.  12-2885

MICHAEL J. ASTRUE,                                         SECTION "I" (3)
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

## ORDER

The Court, having considered the petition, the record, the applicable law, the Magistrate

Judge's Report and Recommendation, and the objection by plaintiff, Albert Baumann, which is

hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts

it as its opinion.  Accordingly,

**IT IS ORDERED** that the Commissioner's Motion for Summary Judgment is **GRANTED**,

the Plaintiff's Motion for Summary Judgment is **DENIED** and that the plaintiff's complaint be and

is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 3rd day February, 2014.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE